**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONN RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GACUTAN,<br><br>　　　　　Defendant. | No.  1:21-cv-00316 JLT FRS (BAM) (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 16) |

Plaintiff Donn Richardson is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 15, 2026, the assigned Magistrate Judge screened the first amended complaint and found that Plaintiff stated cognizable claims against Defendants Anderson, Gurrola, and Castillo for excessive force in violation of the Eighth Amendment and against Defendants Anderson and Castillo for sexual assault in violation of the Eighth Amendment, but failed to state any other cognizable claims for relief against any other defendant. (Doc. 12.)  The Magistrate Judge ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the cognizable claims identified by the Court. (*Id.*)  On February 6, 2026, Plaintiff filed a notice indicating his willingness to proceed on the cognizable claims identified by the Court.  (Doc. 13.)

Accordingly, on February 10, 2026, the Magistrate Judge issued findings and recommendations that this action proceed on Plaintiff's complaint first amended complaint

1

against Defendants Anderson, Gurrola, and Castillo for excessive force in violation of the Eighth Amendment and against Defendants Anderson and Castillo for sexual assault in violation of the Eighth Amendment. (Doc. 16.) The Magistrate Judge further recommended that all other claims and defendants be dismissed. (*Id.*) The Court served the findings and recommendations on Plaintiff, notified him that any objections were to be filed within fourteen 14 days, and warned him that failure to timely file objections may result in waiver of certain rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff has not filed objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 10, 2026, (Doc. 16), are **ADOPTED IN FULL**.

2. This action shall proceed on Plaintiff's first amended complaint (Doc. 7), only against:

   a. Defendants Anderson, Gurrola, and Castillo for excessive force in violation of the Eighth Amendment; and

   b. Defendants Anderson and Castillo for sexual assault in violation of the Eighth Amendment.

3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 20, 2026**

UNITED STATES DISTRICT JUDGE

2