# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DONN RICHARDSON,

        Plaintiff,

    v.

GACUTAN,

        Defendant.

No. 1:21-cv-00316-JLT-FRS (BAM) (PC)

ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS PREMATURE

(ECF No. 17)

Plaintiff Donn Richardson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 15, 2026, the Court screened the first amended complaint and ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the cognizable claims identified by the Court. (ECF No. 12.) On February 6, 2026, Plaintiff filed a notice titled "Willingness to Proceed on Cognizable Claims." (ECF No. 13.) Accordingly, on February 10, 2026, the Court issued findings and recommendations that this action proceed on Plaintiff's first amended complaint against Defendants Anderson, Gurrola, and Castillo for excessive force in violation of the Eighth Amendment, and against Defendants Anderson and Castillo for sexual assault in violation of the Eighth Amendment. (ECF No. 16.) Those findings and recommendations are pending before the assigned District Judge.

///

1

Currently before the Court is Plaintiff's request for entry of default against defendants, filed March 19, 2026.  (ECF No. 17.)  Plaintiff's request is premature.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii).  Although the undersigned has screened the first amended complaint and found that it states cognizable claims, the February 10, 2026 findings and recommendations have not yet been adopted by the District Judge.  If those findings and recommendations are adopted, the undersigned will direct the United States Marshal to serve Plaintiff's first amended complaint on the named defendants.

Plaintiff's complaint is currently in the screening stage and has not been served on any defendant.  Accordingly, Plaintiff's request for entry of default, (ECF No. 17), is HEREBY DENIED, as premature.

IT IS SO ORDERED.

Dated:   **March 21, 2026**         ___/s/ Barbara A. McAuliffe___
                                             UNITED STATES MAGISTRATE JUDGE

2