UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONN RICHARDSON,<br>Plaintiff,<br>v.<br>GACUTAN, *et al.*,<br>Defendants. | Case No. 1:21-cv-00316-JLT-FJS (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>(ECF No. 29) |

Plaintiff Donn Richardson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Anderson, Gurrola, and Castillo ("Defendants") for excessive force in violation of the Eighth Amendment; and (2) Defendants Anderson and Castillo for sexual assault in violation of the Eighth Amendment. The case is currently stayed and is set for a settlement conference on September 22, 2026, before Magistrate Judge Erin Guy Castillo. (ECF No. 26.)

On June 30, 2026, Defendants answered the first amended complaint. (ECF No. 25.) Currently before the court is "Plaintiff's Refuting & Challenging Defendant(s) Answer To Plaintiff's first Amended complaint," filed August 3, 2026. (ECF No. 29.)

In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R.

Civ. P. 7(a). The court did not order a reply to Defendants' answer and declines to make such an order.

Accordingly, Plaintiff's reply to Defendants' answer, August 3, 2026, (ECF No. 29), is HEREBY STRICKEN from the record. This case remains scheduled for a settlement conference on September 22, 2026.

IT IS SO ORDERED.

Dated: **August 4, 2026**

UNITED STATES MAGISTRATE JUDGE